UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VALERIE BROOKS,

        Plaintiff,

   v.

B CHIC FASHIONS INC.,

        Defendant.

No. 2:20-cv-01711-MCE-JDP

**ORDER**

The Court has received the Request for Lawsuit Being Waived and Dismissed filed at ECF No. 11. Because Defendant is a corporation, it cannot proceed in court without being represented by an attorney. Accordingly, this filing will be STRICKEN.

IT IS SO ORDERED.

Dated: December 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1