# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B CHIC FASHIONS INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01711-MCE-JDP<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:　　August 26, 2020 |

///
///
///
///
///
///
///
///

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On April 13, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 18].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

IT IS SO ORDERED.

Dated: April 18, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE